Thomas **HENDERSON**, Plaintiff—Appellant,

v.

G. **SCHOVILLE**; et al., Defendants—Appellees.

No. 01–57248.

D.C. No. CV–00–12616–MMM.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 20, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

MEMORANDUM**

Thomas Henderson, a California state prisoner, appeals pro se the district court's judgment dismissing for failure to exhaust his administrative remedies in 42 U.S.C. § 1983 action, alleging defendants violated his constitutional rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we vacate and remand.

The district court dismissed Henderson's action pursuant to 42 U.S.C. § 1997e(a) because the exhibits attached to the complaint did not establish that Henderson exhausted his administrative remedies. We have since held that exhaustion under 42 U.S.C. § 1997e(a) is an affirmative defense rather than a pleading requirement. *See Wyatt v. Terhune,* 315 F.3d 1108, 1119 (9th Cir.2003). Accordingly, we vacate the district court's judgment and remand the matter for further proceedings.

**VACATED and REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Henderson's motion for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.